1  DAVID C. ALLEN (SBN 190479)
   *david.allen@btlaw.com*
2  KELLEY S. OLAH (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   *gathompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:    (310) 284-3880
6  Facsimile:    (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL
8  DEVICE SERVICES INC.; JOHNSON & JOHNSON
   (erroneously sued as "Johnson & Johnson, Inc.");
9  JOHNSON & JOHNSON SERVICES, INC.; PINNACLE
   WEST ORTHOPAEDICS, INC.; GOLDEN STATE
10 ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY CHANDLER,<br><br>           Plaintiff,<br><br>   vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, inclusive,<br><br>           Defendants. | Case No. CV17-04996-HSG<br><br>**ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed: July 20, 2017 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiff

CORY CHANDLER and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON &

JOHNSON, JOHNSON & JOHNSON SERVICES, INC., PINNACLE WEST ORTHOPAEDICS,

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CV17-04996-HSG

ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

INC., GOLDEN STATE ORTHOPAEDICS, INC., THOMAS SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;
2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;
3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 31, 2017

/s/ Haywood S. Gill Jr.
UNITED STATES DISTRICT COURT